KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| GENE FAURIE, JR., <br><br> Plaintiff <br><br> v. <br><br> The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel, <br><br> Defendants. | Case No. C 08-00060 EDL <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

IT IS STIPULATED by and between all parties, through their respective counsel that:

WHEREAS, Defendants removed this case to federal court on Friday, January 4, 2008.

WHEREAS, Defendants responsive pleadings are due on Friday January 11, 2008, pursuant to Federal Rules of Civil Procedure, Rules 6 and 81.

1

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING

1  The parties hereby stipulate, pursuant to Local Rule 6-1 that Defendants are granted and
2  extension of time, up to and including Friday, January 18, 2008, for which to answer or otherwise
3  respond to Plaintiff's Complaint.
4  **IT IS SO STIPULATED.**

6  DATED: January 8, 2008          JOHNSON SCHACHTER & LEWIS
                                    A Professional Law Corporation

                                    _/s/ Kellie M. Murphy_
                                    KELLIE M. MURPHY
                                    Attorneys for Defendants

11 DATED: January 8, 2008          LAW OFFICES OF ERIC BORGERSON

                                    _/s/ Eric Borgerson_
                                    ERIC BORGERSON
                                    Attorney for Plaintiff