KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

FILED
JAN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (Oakland Division)

| | |
|---|---|
| GENE FAURIE, JR., | Case No. C08-0000 |
| Plaintiff | **DEFENDANTS' JURY DEMAND** |
| v. | |
| The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel, | BY FAX |
| Defendants. | |

EDL

1

**DEFENDANTS' JURY DEMAND**

1  Defendants BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE,
2  LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER hereby demand
3  a trial by jury in this action.

4  Date:   January 4, 2008

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

*/s/ Kellie M. Murphy*

KELLIE M. MURPHY
Attorneys for Defendants BERKELEY UNIFIED
SCHOOL DISTRICT, MICHELE LAWRENCE,
LISA UDELL, CRISTINA OBIETA, RICHARD
DODSON, and TINA BRIER

**PROOF OF SERVICE**

| CASE NAME: | Faurie v. Berkeley Unified School District, et al. |
|---|---|
| CASE NO.: | RG 07334590 |

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On January 4, 2008, I served the following: **DEFENDANTS' JURY DEMAND**

__X__  United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

___  By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

___  Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

___  Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

___  **ELECTRONIC SERVICE** - by causing such document to be served electronically pursuant to court rule to the individual listed below:

Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602

__X__  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 4, 2008, at Sacramento, California.

Mike Quinn