KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| GENE FAURIE, JR., <br><br> Plaintiff <br><br> v. <br><br> The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel, <br><br> Defendants. | Case No.  C 08-00060 EDL <br><br> **PROOF OF SERVICE** |

1

**PROOF OF SERVICE**

# PROOF OF SERVICE

**CASE NAME:** Faurie v. Berkeley Unified School District, et al.
**CASE NO.:** U.S. District Court (Northern) Case No. C 08-00060 EDL

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On January 10, 2008, I served the following:

1. **ECF REGISTRATION FORM**

2. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

3. **COURT'S STANDING ORDER**

4. **STANDING ORDER RE: CASE MANAGEMENT CONFERENCE**

5. **CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

6. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

7. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

8. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

__X__   UNITED STATES MAIL - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602

__X__   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 10, 2008, at Sacramento, California.

_____
Mike Quinn

2
PROOF OF SERVICE