1  KELLIE M. MURPHY (SBN 189500)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   California Plaza
3  2180 Harvard Street, Suite 560
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5
6  Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA
   UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (Oakland Division)

11  GENE FAURIE, JR.,                          )    Case No. C 08-00060 EDL
                                               )
12          Plaintiff                          )    **DEFENDANTS' NOTICE OF**
                                               )    **MOTION & MOTION TO DISMISS**
13  v.                                         )    **PLAINTIFF'S FIRST AMENDED**
                                               )    **COMPLAINT FOR DAMAGES OR,**
14  The BERKELEY UNIFIED SCHOOL                )    **ALTERNATIVELY, EACH AND**
    DISTRICT; MICHELLE LAWRENCE,               )    **EVERY CLAIM THEREIN [FRCP**
15  individually and in her official capacity as )  **12(b)(6); AND MOTION TO STRIKE**
    BUSD Superintendent; LISA UDELL,           )    **PLAINTIFF'S PRAYER FOR**
16  individually and in her official capacity as )  **PUNITIVE DAMAGES [FRCP 12(f)]**
    BUSD Assistant Superintendent, Human       )
17  Resources; CRISTINA OBIETA, individually   )
    and in her official capacity as BUSD Director, )
18  Classified Personnel; RICHARD DODSON, in   )
    his official capacity as BUSD Director, Labor )
19  Relations; TINA BRIER, individually and in )    **Date:      February 26, 2008**
    her official capacity as BUSD Director,     )    **Time:      9:00 a.m.**
20  Classified Personnel,                       )    **Ctrm:      E**
                                               )
21          Defendants.                         )    **Judge:     The Honorable Elizabeth**
    _____ )    **            D. Laporte**

22

23      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24      PLEASE TAKE NOTICE that on **February 26, 2008** at **9:00 a.m.** in **Courtroom E** of the

25  above-entitled court, located at 501 I Street, Sacramento, California, Defendants BERKELEY

26  UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA,

27  RICHARD DODSON, and TINA BRIER (collectively "Defendants") will move to dismiss Plaintiff

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  GENE FAURIE, JR.'S First Amended Complaint for Damages and each claim therein, on the

2  ground that Plaintiff has failed to state a claim for relief against Defendants.

3      The motion to dismiss is brought under Rule 12(b)(6) of the Federal Rules of Civil Procedure

4  on the following grounds: (1)  Plaintiff cannot state a claim under Labor Code §1102.5 against any

5  of the defendants because Plaintiff has not identified any state or federal statute, rule, or regulation

6  that he reasonably believed was violated and because he cannot show that he suffered any adverse

7  employment action; (2) Plaintiff cannot state a claim under Labor Code §1102.5 against the

8  individual defendants because they were not Plaintiff's employer; (3) Plaintiff cannot state a claim

9  for Deprivation of Benefits and Privileges of Public Employment and Termination of Public

10  Employment Without Due Process under 42 U.S.C. §1983 because he cannot establish a "legitimate

11  claim of entitlement" to continued employment; (4) Plaintiff cannot state a claim for discrimination,

12  harassment, or retaliation under California Government Code §12900 *et seq.* against any defendant

13  because he has not stated a *prima facie* case; (5) Plaintiff cannot state a claim for discrimination

14  under California Government Code §12900 *et seq.* against the individual defendants because they

15  were not his employer; (6) Plaintiff cannot state a claim for intentional infliction of emotional

16  distress because he failed to state a statutory basis for such claim, failed to plead facts to support a

17  prima facie case, and because the claim is preempted by the Worker's Compensation Act; and

18  (7)  The individual defendants are immune from liability as a matter of law.

19      The motion to strike is brought under Rule 12 (f) and is based on the grounds that the

20  punitive damage allegations against the individual defendants must be stricken because they are not

21  recoverable as a matter of law against an individual public employee for acts taken in her

22  representative capacity and because Plaintiff has not stated sufficient facts to support punitive

23  damages.

24  / / /

25  / / /

26  / / /

27  / / /

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT FOR DAMAGES and MOTION TO STRIKE**

1    This motion is based on this notice of motion and motion, on the memorandum of points and

2    authorities filed concurrently herewith, on the papers and records on file herein, and on such oral and

3    documentary evidence as may be presented prior to and at the hearing of this motion.

4

5    DATED:  January 18, 2008               JOHNSON SCHACHTER & LEWIS
                                            A Professional Law Corporation

6

7                                           _____
                                            KELLIE M. MURPHY
8                                           Attorneys for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT FOR DAMAGES and MOTION TO STRIKE**

1

# PROOF OF SERVICE

2

**CASE NAME:**    **Faurie v. Berkeley Unified School District, et al.**
3    **CASE NO.:**        C 08-00060 EDL

4        I am employed in the County of Sacramento.  I am over the age of eighteen years and not a
party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560,
5  Sacramento, CA 95815.

6        I am familiar with this office's practice whereby the mail is sealed, given the appropriate
postage and placed in a designated mail collection area.  Each day's mail is collected and deposited
7  in a United States mailbox after the close of each day's business.

8        On the date listed below, I served the following:

9    **DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT FOR DAMAGES OR, ALTERNATIVELY, EACH
10  AND EVERY CLAIM THEREIN [FRCP 12(b)(6); AND MOTION TO STRIKE
PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES [FRCP 12(f)]**

11

___    United States Mail - on all parties in said action by placing a true copy of the above-
12        described document(s) enclosed in a sealed envelope in the designated area for outgoing mail
addressed as set forth below.
13

___    By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a
14        true copy of the above-described document(s).

15  ___    Federal Express - on all parties in said action by placing a true copy of the above-described
document(s) in an authorized area for pick-up by an authorized express service courier the
16        same day it is collected and processed in the ordinary course of business as set forth below.

17  ___    Personal Service - By personally delivering or causing to be delivered a true copy of the
above-described document to the person(s) and at the address(es) set forth as shown below.
18

__X__    **ELECTRONIC SERVICE** - by causing such document to be served electronically pursuant
19        to court rule to the individual listed below:

20  Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
21  2625 School Street
Oakland, CA 94602
22

23  __X__    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court
at whose direction service was made.
24

        I declare under penalty of perjury that the foregoing is true and correct and that this
25  declaration was executed on January 18, 2008, at Sacramento, California.

26

27                                                   _____
                                                        Mike Quinn
28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247