KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(San Francisco Division)**

| | |
|---|---|
| GENE FAURIE, JR., <br><br> Plaintiff <br><br> v. <br><br> The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel, <br><br> Defendants. | Case No. C 08-00060 TEH <br><br> **DEFENDANTS' AMENDED NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES OR, ALTERNATIVELY, EACH AND EVERY CLAIM THEREIN [FRCP 12(b)(6); AND MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES [FRCP 12(f)]** <br><br> **Date:** March 10, 2008 <br> **Time:** 10:00 a.m. <br> **Ctrm:** 12 <br><br> **Judge:** **The Honorable Thelton E. Henderson** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing originally scheduled on February 26, 2008 has been vacated by the court and the case has been reassigned to the Honorable Thelton E. Henderson.

1

**DEFENDANTS' AMENDED NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES OR, ALTERNATIVELY, EACH AND EVERY CLAIM THEREIN AND MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES**

1  The new hearing date is **March 10, 2008** at **10:00 a.m.** in **Courtroom 12** of the above-entitled
2  court, located at 450 Golden Gate Avenue, San Francisco, California.

3  On that date, Defendants BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE
4  LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER
5  (collectively "Defendants") will move to dismiss Plaintiff GENE FAURIE, JR.'s First Amended
6  Complaint for Damages and each claim therein, on the ground that Plaintiff has failed to <u>state a
7  claim for relief</u> against Defendants.

8  The motion to dismiss is brought under Rule 12(b)(6) of the Federal Rules of Civil Procedure
9  on the following grounds: (1) Plaintiff cannot state a claim under Labor Code §1102.5 against any
10 of the defendants because Plaintiff has not identified any state or federal statute, rule, or regulation
11 that he reasonably believed was violated and because he cannot show that he suffered any adverse
12 employment action; (2) Plaintiff cannot state a claim under Labor Code §1102.5 against the
13 individual defendants because they were not Plaintiff's employer; (3) Plaintiff cannot state a claim
14 for Deprivation of Benefits and Privileges of Public Employment and Termination of Public
15 Employment Without Due Process under 42 U.S.C. §1983 because he cannot establish a "legitimate
16 claim of entitlement" to continued employment; (4) Plaintiff cannot state a claim for discrimination,
17 harassment, or retaliation under California Government Code §12900 *et seq*. against any defendant
18 because he has not stated a *prima facie* case; (5) Plaintiff cannot state a claim for discrimination
19 under California Government Code §12900 *et seq*. against the individual defendants because they
20 were not his employer; (6) Plaintiff cannot state a claim for intentional infliction of emotional
21 distress because he failed to state a statutory basis for such claim, failed to plead facts to support a
22 prima facie case, and because the claim is preempted by the Worker's Compensation Act; and
23 (7) The individual defendants are immune from liability as a matter of law.

24 The motion to strike is brought under Rule 12 (f) and is based on the grounds that the
25 punitive damage allegations against the individual defendants must be stricken because they are not
26 recoverable as a matter of law against an individual public employee for acts taken in her

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2
**DEFENDANTS' <u>AMENDED</u> NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR DAMAGES OR, ALTERNATIVELY, EACH AND EVERY CLAIM
THEREIN AND MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES**

1  representative capacity and because Plaintiff has not stated sufficient facts to support punitive
2  damages.
3      The motions are based on this notice of motion and motions, on the memorandum of points
4  and authorities filed concurrently herewith, on the papers and records on file herein, and on such oral
5  and documentary evidence as may be presented prior to and at the hearing of this motion.

7  DATED: January 31, 2008         JOHNSON SCHACHTER & LEWIS
                                   A Professional Law Corporation

9                                     /s/ Kellie M. Murphy
                                   KELLIE M. MURPHY
10                                 Attorneys for Defendants

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

3

**DEFENDANTS' <u>AMENDED</u> NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES OR, ALTERNATIVELY, EACH AND EVERY CLAIM THEREIN AND MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES**

**PROOF OF SERVICE**

**CASE NAME:**  **Faurie v. Berkeley Unified School District, et al.**
**CASE NO.:**  C 08-00060 EDL

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date listed below, I served the following:

**DEFENDANTS' AMENDED NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES OR, ALTERNATIVELY, EACH AND EVERY CLAIM THEREIN [FRCP 12(b)(6); AND MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES [FRCP 12(f)]**

 X    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

___   By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

___   Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

___   Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

 X    **ELECTRONIC SERVICE** - by causing such document to be served electronically pursuant to court rule to the individual listed below:

Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602

 X    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 31, 2008, at Sacramento, California.

                                        /s/ Mike Quinn
                                        Mike Quinn

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247