IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE FAURIE, JR., | No. C 08-00060 TEH |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| THE BERKELEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

To accommodate this Court's calendar, YOU ARE NOTIFIED THAT the *motion hearing* previously set for 03/10/08 at 10:00 AM has been rescheduled for **Monday, 03/24/08** at **10:00 AM** before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  February 25, 2008                                                FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk