KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| GENE FAURIE, JR.,<br><br>        Plaintiff<br><br>v.<br><br>The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel,<br><br>        Defendants. | Case No. C 08-00060 EDL<br><br>**DEFENDANTS' RESPONSE AND OBJECTION TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' OBJECTIONS; REQUEST FOR JUDICIAL NOTICE; REQUEST FOR AWARD OF COSTS AND ATTORNEY'S FEES [28 U.S.C. §1927; COURT'S INHERENT AUTHORITY]**<br><br>**Date:** **March 24, 2008**<br>**Time:** **10:00 a.m.**<br>**Ctrm:** **12**<br><br>**Judge:** **The Honorable Thelton E. Henderson** |

Plaintiff's Opposition of Defendants' Objections; Request for Judicial Notice; Request for Award of Costs and Attorney's Fees [28 U.S.C. §1927; Court's Inherent Authority] ("Plaintiff's Opposition"), filed after Defendants' reply, is unauthorized and improper, particularly with respect to the "request" for an award of costs and attorney fees. Accordingly, Defendants request that the Court strike the Opposition. If the Court does consider the

1

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

Opposition, Defendants request that they be given adequate opportunity to respond to the arguments contained therein, and specifically request notice and opportunity to be heard (as required) on the improper request for costs and attorney fees.

Defendants' objections to the evidence offered by Plaintiff in opposition to the motion to dismiss and motion to strike filed by Defendants are proper. Plaintiff's accusations to the contrary notwithstanding, Defendants have no objection to this Court seeing the state court file, including proceedings prior to removal of this action. Defendants objected to Plaintiff's failure to request judicial notice of such records *and*, more importantly, to Plaintiff's suggestion that this Court is bound by the rulings made by the state court prior to removal. On the contrary, the federal court is not bound by the "law of the case" after removal. (See *Fairbank v. Wunderman Cato Johnson*, 212 F.3d 528 (9th Cir. 2000) [federal court granted summary judgment following removal from state court after state court denied motion for summary judgment and dismissed diversity-destroying defendants]; *Crane v. Arizona Republic*, 972 F.2d 1511, 1516, fn. 3 (9th Cir. 1992) [state court denial of summary judgment "did not preclude the federal court from revisiting the issue after removal"]; *Pareto v. FDIC* , 139 F.3d 696, 699, n. 1 (9th Cir. 1998) [federal court dismissed action following removal from state court despite prior state court ruling denying demurrer].)

Defendants' objections to the *blank* "California Public Employees' Retirement System Employer User Security Agreement" are also proper. Though a court can take judicial notice of public records under certain circumstances, this "record" has absolutely no bearing on any issue in this case. It does not, as Plaintiff suggests, evidence any kind of contract, nor is it evidence of any federal or state statute, rule, or regulation that would support Plaintiff's claim under Labor Code §1102.5.

Plaintiff's accusation of forum-shopping are absurd. It was *Plaintiff* that made this action removable to federal court by adding two federal claims following Defendants' demurrer and motion to strike in state court.

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2

1      Finally, Plaintiff's "request" for an award of costs and attorney's fees is frivolous and

2  improper, and Plaintiff's Opposition does exactly what Plaintiff complains of – unnecessarily

3  multiplies the proceedings.  Moreover, any such request requires notice and an opportunity to be

4  heard.  (See *Pacific Harbor Capital, Inc. v. Carnival Air Lines, Inc.*, 210 F.3d 1112, 1118 (9th

5  Cir. 2000).)  Again, if the Court consider's Plaintiff's "request," an opportunity to fully brief the

6  issue is required and is hereby requested.

7      Based on the foregoing, Defendants' respectfully request that Plaintiff's Opposition be

8  stricken.

9

10  DATED: March 18, 2008          JOHNSON SCHACHTER & LEWIS
                                 A Professional Law Corporation

11

12                                 /s/ Kellie M. Murphy

13                              KELLIE M. MURPHY
                               Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

**DEFENDANTS' <u>RESPONSE AND OBJECTION</u> TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'
OBJECTIONS; REQUEST FOR JUDICIAL NOTICE; REQUEST FOR AWARD OF COSTS AND
ATTORNEY'S FEES [28 U.S.C. §1927; COURT'S INHERENT AUTHORITY]**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

# PROOF OF SERVICE

**CASE NAME:**    **Faurie v. Berkeley Unified School District, et al.**
**CASE NO.:**

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On March 18, 2008, I served the following: **DEFENDANTS' RESPONSE AND OBJECTION TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' OBJECTIONS; REQUEST FOR JUDICIAL NOTICE; REQUEST FOR AWARD OF COSTS AND ATTORNEY'S FEES [28 U.S.C. §1927; COURT'S INHERENT AUTHORITY]**

__    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__    By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

__    Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

__    Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

_X_    **ELECTRONIC SERVICE** - by causing such document to be served electronically pursuant to court rule to the individual listed below:

Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602

_X_    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 18, 2008, at Sacramento, California.

_____/s/ Mike Quinn_____
Mike Quinn