ERIC BORGERSON (CA State Bar No. 177943)
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602
Telephone: (510) 866-3738
Facsimile: (510) 535-9898

Attorney for Plaintiff
GENE FAURIE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| GENE FAURIE, JR., | CASE NO. CV 08-00060 TEH |
| Plaintiff, | |
| vs. | |
| The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel, | **[PROPOSED] ORDER**<br><br>Date: March 24, 2008<br>Time: 10:00 a.m.<br>Courtroom: 12<br><br>Judge: The Honorable Thelton E. Henderson |
| Defendants. | |

This matter came before the Court on a Motion to Dismiss and Motion to Strike filed by Defendants Michele Lawrence ("Lawrence"), Cristina Obieta ("Obieta"), Lisa Udell ("Udell"), Richard Dodson ("Dodson"), Tina Brier ("Brier") (collectively "individual Defendants"), and Berkeley Unified School District ("BUSD") (collectively "Defendants"). The parties submitted

written arguments, and oral argument was held before this Court on March 24, 2007. Having had a full and fair opportunity to argue their causes, the parties submitted the matter for this Court's adjudication.

Now, therefore, this Court makes the following FINDINGS and ORDERS:

1. Defendants' Objections to Plaintiff's Request for Judicial Notice, Plaintiff's counsel's Declaration, and submission of the attached Exhibits are OVERRULED.

2. The Court takes JUDICIAL NOTICE of the following public record: The standard form security agreement required of users in order to obtain a user ID for the online California Public Employee Retirement System ("CalPERS") "aces" system, publicly posted on the Internet at https://www.calpers.ca.gov/eip-docs/employer/aces/notifications/forms/pers-aesd-43-fill-in.pdf, a copy of which was attached as Exhibit A to Plaintiff's Request for Judicial Notice.

3. The Court takes JUDICIAL NOTICE of the following pleadings and Orders filed in the Superior Court in this case prior to its removal to this Court:

    a) *Memorandum of Points and Authorities in Support of Defendant Michele Lawrence's Demurrer to Plaintiff's Complaint for Damages*, attached as Exhibit B to the Declaration of Eric Borgerson filed with this Court on February 17, 2008 ("Borgerson Dec.")

    b) *Memorandum of Points and Authorities in Support of Defendant Berkeley Unified School District's Demurrer to Plaintiff's Complaint for Damages Or, Alternatively, Motion to Strike Portions of Plaintiff's Complaint For Damages*, Borgerson Dec., Ex. C.

    c) *Plaintiff's Opposition to Defendant Michele Lawrence's Demurrer*, Borgerson Dec., Ex. D.

    d) *Plaintiff's Opposition to Defendant Berkeley Unified School District's Demurrer*, Borgerson Dec., Ex. E.

    e) *Reply In Support of Defendant Michele Lawrence's Demurrer to Plaintiff's Complaint for Damages*, Borgerson Dec., Ex. F.

    f) *Reply In Support of Defendant Berkeley Unified School District's Demurrer to*

1   *Plaintiff's Complaint for Damages*, Borgerson Dec., Ex. G.

2   g) ORDER of the Superior Court of California for the County of Alameda, the
3   Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No.
4   RG07334590, partially sustaining the Demurrer of Defendant Berkeley Unified
5   School District, Borgerson Dec., Ex. H.

6   h) ORDER of the Superior Court of California for the County of Alameda, the
7   Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No.
8   RG07334590, sustaining the Demurrer of Defendant Michele Lawrence,
9   Borgerson Dec., Ex. I.

10  i) ORDER of the Superior Court of California for the County of Alameda, the
11  Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No.
12  RG07334590, sustaining the Demurrer of Defendant Lisa Udell, Borgerson Dec.,
13  Ex. J.

14  j) ORDER of the Superior Court of California for the County of Alameda, the
15  Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No.
16  RG07334590, sustaining the Demurrer of Defendant Cristina Obieta, Borgerson
17  Dec., Ex. K.

18  k) ORDER of the Superior Court of California for the County of Alameda, the
19  Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No.
20  RG07334590, sustaining the Demurrer of Defendant Richard Dodson, Borgerson
21  Dec., Ex. L.

22  l) ORDER of the Superior Court of California for the County of Alameda, the
23  Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No.
24  RG07334590, sustaining the Demurrer of Defendant Tina Brier, Borgerson Dec.,
25  Ex. M.

26  m) *Memorandum of Points and Authorities in Support of Defendant Berkeley Unified*
27  *School District's Motion to Strike Portions of Plaintiff's Complaint For Damages*,
28  Borgerson Dec., Ex. N.

n) *Memorandum of Points and Authorities in Support of Defendant Michele Lawrence's Motion to Strike Portions of Plaintiff's Complaint For Damages*, Borgerson Dec., Ex. O.

o) *Plaintiff's Opposition to Motions to Strike of Defendants Berkeley Unified School District, Michele Lawrence, Lisa Udell, Cristina Obieta, Richard Dodson, and Tina Brier*, Borgerson Dec., Ex. P.

p) *Reply in Support of Defendants Berkeley Unified School District, Michele Lawrence, Lisa Udell, Cristina Obieta, Richard Dodson, and Tina Brier's Motions to Strike Portions of Plaintiff's Complaint For Damages*, Borgerson Dec., Ex. Q.

q) ORDER of the Superior Court of California for the County of Alameda, the Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No. RG07334590, granting the Motion to Strike of Defendant Berkeley Unified School District, Borgerson Dec., Ex. R.

r) ORDER of the Superior Court of California for the County of Alameda, the Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No. RG07334590, granting the Motion to Strike of Defendant Michele Lawrence with leave to amend, Borgerson Dec., Ex. S.

s) ORDER of the Superior Court of California for the County of Alameda, the Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No. RG07334590, granting the Motion to Strike of Defendant Lisa Udell with leave to amend, Borgerson Dec., Ex. T.

t) ORDER of the Superior Court of California for the County of Alameda, the Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No. RG07334590, granting the Motion to Strike of Defendant Cristina Obieta with leave to amend, Borgerson Dec., Ex. U.

u) ORDER of the Superior Court of California for the County of Alameda, the Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No. RG07334590, granting the Motion to Strike of Defendant Richard Dodson with

1            leave to amend, Borgerson Dec., Ex. V.

2      v) ORDER of the Superior Court of California for the County of Alameda, the

3            Honorable Cecilia P. Castellanos presiding, dated November 16, 2007, in Case No.

4            RG07334590, granting the Motion to Strike of Defendant Tina Brier with leave to

5            amend, Borgerson Dec., Ex. W.

6     4. In light of the recent decision of the California Supreme Court in *Jones v. The Lodge at Torrey Pines Partnership, et al.* (March 3, 2008, S151022)__Cal.Rptr.3d__[08 Cal. Daily Op. Serv. 2511], Plaintiff filed a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a), voluntarily dismissing his Sixth Cause of Action as to the individual Defendants (but not as against BUSD). Consequently, the individual Defendants' Motion to Dismiss Plaintiff's Sixth Cause of Action is now MOOT.

12     5. In all remaining respects, Defendants' Motion to Dismiss and Motion to Strike are DENIED.

14     6. The ORDERS of the Superior Court sustaining the Demurrers of all Defendants as to Plaintiff's original First Cause of Action for tortious wrongful discharge in violation of fundamental public policy are REVERSED. Plaintiff is granted LEAVE TO AMEND the complaint in order to REINSTATE his tort claims against the individual defendants (California Government Code § 820(a)) and against BUSD (California Government Code § 815.2(a)). See *Scott v. Solano County Health and Social Services Dept.*, 459 F.Supp.2d 959, 967-970 (E.D. Cal 2006); *Hoff v. Vacaville Unified School Dist.,* 19 Cal.4th 925, 932 (1998); *Gannt v. Sentry Insurance*, 1 Cal.4th 1083, 1097 (1992); *Foley* v. *Interactive Data Corp.*, 47 Cal.3d 654 (1988); *Tameny v. Atlantic Richfield Co.,* 27 Cal.3d 167, 172 (1980).

23     7. Defendants are ORDERED immediately to cure their defective Notice of Removal by filing an AMENDED NOTICE OF REMOVAL attaching all remaining Orders and pleadings served upon them in the Superior Court in this action prior to removal as required by 28 U.S.C. § 1446(a) which have not been supplied by the Plaintiff in their stead.

27     8. The Court finds that Defendants' filings and arguments in this Court, including their obstinate refusal to comply with their duty to supply the Court with the Orders and pleadings

1  from the Superior Court as set forth in 28 U.S.C. § 1446(a), their failure to apprise this Court of
2  the existence of such Orders, their presentation of arguments that had been rejected by such
3  Orders without acknowledging that they were requesting revision of such Orders, their
4  unreasonable and vexatious arguments for dismissal, and their unreasonable and vexatious
5  arguments in opposition to Plaintiff's request for Judicial Notice, disclosure of the proceedings in
6  the Superior Court, and presentation of some of the documents which Defendants had neglected
7  to file, constitute abuse of this forum and have unreasonably multiplied the proceedings in this
8  case.  Pursuant to 28 U.S.C. § 1927, counsel for Defendants is therefore ORDERED to reimburse
9  Plaintiff for all COSTS and ATTORNEY'S FEES incurred to date in the proceedings in this
10 Court.
11         It is SO ORDERED.
12         Dated this _____ of March, 2008.

_____
The Honorable THELTON E. HENDERSON
United States District Court Judge.