UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**: March 24, 2008

**Case No:** C 08-0060 TEH

**Case Title**:  GENE FAURIE, JR. v. THE BERKELEY UNIFIED SCHOOL DISTRICT

**Appearances:**

    For Plaintiff(s): Eric Borgerson

    For Defendant(s): Kelly Murphy

**Deputy Clerk**:  Rowena B. Espinosa            **Court Reporter**: Sahar McVickar

### *PROCEEDINGS*

1.  Hearing on Defendants' Motion to Dismiss - held

MOTION/MATTER: ( ) Granted
              ( ) Denied
              ( ) Granted in part/Denied in part
              (X) Taken under submission
              ( ) Withdrawn/Off Calendar
              ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court

### *SUMMARY*

- Plaintiff's counsel to submit letter brief re: sanctions by 03/26/08; any objections shall be filed by 04/02/08.