LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, California 94602
510/866-3738  voice
510/535-9898  facsimile

March 26, 2008

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
San Francisco Division
Courtroom 12
450 Golden Gate Avenue
San Francisco, CA  94102

Re: *FAURIE V. BERKELEY UNIFIED SCHOOL DISTRICT, ET AL.*
CASE NO. CV 08-00060 THE  - Costs and attorney's fees for work in federal court proceedings

Dear Judge Henderson,

Pursuant to the Court's instruction following the hearing on Defendants' Motion to Dismiss and Motion to Strike on March 24, 2008, Plaintiff respectfully submits the following accounting of the attorney's fees and costs incurred in opposing Defendants' filings and arguments to date in this Court. Where possible, time allocated to specific issues is specified. Where such detailed allocation is not possible, a notation is made to that effect.

Also pursuant to the Court's instruction, counsel for Plaintiff and Defendants met and conferred via telephone on March 25, 2008, regarding Plaintiff's counsel's hourly billing rate of $250.00. Counsel for Defendants stated that she would not object to that rate.

Regarding Plaintiff's reasons for requesting an award of costs and fees, Plaintiff incorporates herein by reference his Request and Reply submitted to this Court on March 3, 2008, and March 19, 2008, respectively.

| Date and Task | Time |
|---|---|
| 1-7-08<br>Review Notice of Removal and related documents | .5 |
| 1-7-08<br>Research re:  Removal/Remand | 1.0 |
| Telcon to Kellie Murphy, Esq.<br>re: defective Notice of Removal | .25 |
| 1-8-08<br>Telcon from assistant to Kellie Murphy re:<br>Stip to extend time for responsive pleading | .25 |

| Date and Task | Time |
|---|---|
| <u>1-8-08 (cont'd)</u> | |
| Review proposed stip, sign, fax back | .25 |
| Telcon to Kellie Murphy | .25 |
| | |
| <u>1-22-08</u> | |
| Review Motion to Dismiss | .5 |
| | |
| <u>1-23-08</u> | |
| Telcon to Kellie Murphy, Esq. | |
| re: defective Notice of Removal, | |
| scheduling of hearing on Motion | .25 |
| | |
| <u>2-4-08</u> | |
| Review TEH standing order, | .5 |
| Northern Dist Local Rules | |
| | |
| Begin Drafting Opposition to Motion to Dismiss | .5 |
| | |
| <u>2-6-08</u> | |
| Serve TEH Standing Order on counsel for | |
| Defendants, e-file proof of service | .5 |
| | |
| <u>2-13-08</u> | |
| Research re: Standards of Review | 1.0 |
| Research re: Lawsuit against defendants in official cap. | 1.0 |
| Draft Opp. to Motion to Dismiss – | |
| Procedural History and Standards of Review | 3.0 |
| | |
| <u>2-14-08</u> | |
| Research re: Lab. Code §1102.5 claim | 3.0 |
| Draft Opp. to Motion to Dismiss re: individual liab. | .5 |
| Draft Opp. to Motion to Dismiss re: laws violated | 2.5 |
| | |
| <u>2-15-08</u> | |
| Research re: Lab. Code §1102.5 claim | 2.0 |
| Draft Opp. To Motion to Dismiss re: same | 1.0 |
| Draft Opp. to Motion to Dismiss re: Adverse | |
| employment action | .5 |
| | |
| <u>2-16-08</u> | |
| Draft Borgerson Declaration | |
| and Prepare Exhibits | 8.0 |

*FAURIE V. BERKELEY UNIFIED SCHOOL DISTRICT, ET AL.* CASE NO. CV 08-00060 TEH   p. 3

| Date and Task | Time |
|---|---|
| **2-17-08** | |
| Research re: Opp. to Motion to Dismiss | .5 |
| Research re: Judicial Notice | .5 |
| Revise Borgerson Declaration | 2.0 |
| Draft Opp. to Motion to Dismiss | 8.0 |
| (Remaining issues, further breakdown impossible) | |
| Draft Request for Judicial Notice | .5 |
| | |
| **2-18-08** | |
| Draft/Revise/Finalize Opp. To Motion to Dismiss | 13.75 |
| (Remainder of Memo. Further breakdown impossible) | |
| | |
| **2-25-08** | |
| Review Defendants' "Objections" | .5 |
| Research re: Hearsay | 1.0 |
| Research re: Judicial Notice | 1.5 |
| Begin drafting Opp. to Objections | .5 |
| | |
| **2-26-07** | |
| Research re: seeking award of costs and fees for unreasonable and vexatious conduct by opposing counsel | 1.0 |
| Draft Opp. to Objections | 1.0 |
| | |
| **2-27-07** | |
| Research re: Removal, duty of Defendants to Supply Court with Orders of Superior Court | 1.0 |
| Research re: seeking award of costs and fees for unreasonable and vexatious conduct by opposing counsel | .5 |
| Draft Opp. to Objections | 2.0 |
| | |
| **2-28-08** | |
| Research re: seeking award of costs and fees for unreasonable and vexatious conduct by opposing counsel | .5 |
| Draft Opp. to Objections | 2.0 |
| | |
| **2-29-08** | |
| Research re: Suit in official capacity | 1.5 |
| Draft Opp. to Objections | 1.5 |

*FAURIE V. BERKELEY UNIFIED SCHOOL DISTRICT, ET AL.* CASE NO.  CV 08-00060 TEH   p. 4

| Date and Task | Time |
|---|---|
| 3-1-08 Draft Opp. to Objections | 4.0 |
| 3-2-08 Draft Opp. to Objections | 8.0 |
| 3-3-08 Finalize Opp. to Objections | 4.0 |
| 3-18-08 Review Objections Reply | .5 |
| Draft Costs/Attorney Fees Reply | 2.0 |
| 3-19-08 Draft Second Amended Complaint and E-file | [1.0] [not included in total] |
| Finalize Costs/Attorney Fees Reply | 3.0 |
| 3-20-08 Draft Proposed Order | 1.0 |
| 3-21-08 Finalize Proposed Order | 2.5 |
| 3-23-08 Prepare accounting of Fees and Costs | 1.5 |
| Prepare for Oral Argument | 2.0 |
| 3-24-08 Travel to and participate in Oral Argument | 2.0 |
| 3-26-08 Prepare letter brief re: costs and fees | .75 |
| Total: | 97.75 Hours |

**Total Attorney Fees:  97.75 Hours @ $250/Hr. = $24,437.50**
**(plus fees for Reply to Defendants' Opposition to this Letter Brief)**

## COSTS

**2-6-08**
Serve TEH Standing Order
Photocopying                                                              $ .27
Postage                                                                   $ .41

**2-7-08**
Preparation and Delivery of Chambers Copy
Proof of Service of
TEH Standing Order                                                        $45.00
Photocopying:                                                             $ .27

**2-19-08**
Preparation and Delivery of Chambers Copy
Opp. to Motion to Dismiss,
Declaration of Eric Borgerson
Request for Judicial Notice                                               $45.00
Photocopying:                                                             $44.82

**3-4-08**
Preparation and Delivery of Chambers Copy
Opp. to Objections                                                        $45.00
Photocopying:                                                             $ 1.80

**3-20-08**
Preparation and Delivery of Chambers Copy
Costs/Attorney Fees Reply                                                 $45.00
Photocopying:                                                             $ .45

Preparation and Delivery of Chambers Copy
Proposed Order                                                            $45.00
Photocopying:                                                             $ .54

**3-24-08**
Travel for oral argument
20 miles @ $0.35/mi. =                                                    $ 7.00
Bridge toll:                                                              $ 4.00
Parking:                                                                  $ 5.00

**3-27-08 (anticipated)**
Preparation and Delivery of Chambers Copy
Letter Brief re: Attorney's fees and costs                                $45.00
Photocopying:                                                             $ .54

**Total costs:**                                                                                   **$289.65**
**(plus costs associated with Reply to Defendants' Opposition to this Letter Brief)**

Documentation of costs is available upon request. Please notify counsel for Plaintiff if any additional information is needed.


Respectfully submitted,

*/s/ Eric Borgerson*

ERIC BORGERSON
Law Office of Eric Borgerson
2625 School Street
Oakland, CA 94602
(510) 866-3738 (voice)
(510) 535-9898 (facsimile)
Attorney for Plaintiff Gene Faurie Jr.