1  KELLIE M. MURPHY (SBN 189500)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   California Plaza
3  2180 Harvard Street, Suite 560
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5
   Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA
6  UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     (San Francisco Division)

11 | GENE FAURIE, JR.,                          ) Case No. C 08-00060 THE
                                                )
12 |     Plaintiff                              ) DECLARATION OF KELLIE M.
                                                ) MURPHY IN SUPPORT OF
13 | v.                                         ) OPPOSITION TO PLAINTIFF'S
                                                ) REQUEST FOR SANCTIONS
14 | The BERKELEY UNIFIED SCHOOL                )
   | DISTRICT; MICHELLE LAWRENCE,               )
15 | individually and in her official capacity as )
   | BUSD Superintendent; LISA UDELL,           ) Judge:    The Honorable Thelton E.
16 | individually and in her official capacity as )          Henderson
   | BUSD Assistant Superintendent, Human       )
17 | Resources; CRISTINA OBIETA, individually   )
   | and in her official capacity as BUSD Director, )
18 | Classified Personnel; RICHARD DODSON, in   )
   | his official capacity as BUSD Director, Labor )
19 | Relations; TINA BRIER, individually and in )
   | her official capacity as BUSD Director,    )
20 | Classified Personnel,                       )
                                                )
21 |     Defendants.                             )
                                                )
22 |_____)

23 I, KELLIE M. MURPHY, declare:

24     1.    I am an attorney at law, licensed to practice in the State of California and before

25 the Eastern, Northern, and Central Districts. I am a member of the law firm of Johnson

26 Schachter & Lewis, A Professional Law Corporation, attorneys of record for Defendants

27 BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL,

28 CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER. My business address is

1  California Plaza, 2180 Harvard Street, Suite 560, Sacramento, California 95815.  I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could, and would, testify competently to the facts contained herein.

2.  I filed a Notice of Removal in this action following the filing of Plaintiff's First Amended Complaint in state court, which added two federal claims, as well as additional state claims.  I spoke with Plaintiff's counsel on two occasions in January and agreed to his request that I file an amended notice of removal, attaching all of the pleadings filed in state court.

3.  During the month of January, I was preparing for trial in state court in a case that was set for trial on short notice on an oral motion for preference.  The trial preparation included numerous depositions, motions, and witness interviews, and involved almost daily travel.  That trial was subsequently continued during a Court conference in February.  I was also involved in an out-of-state trial in New York State from February 15, 2008 through March 3, 2008.

4.  Though I intended to file an amended Notice of Removal, I neglected to put the item on my calendar and subsequently forgot to do so.  The failure to file the amended notice was an oversight and was not done intentionally or in bad faith.  Nor was the Motion to Dismiss on behalf of the six named defendants filed in bad faith or for any improper purpose.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of April, 2008 at Sacramento, California.



KELLIE M. MURPHY

2

**DECLARATION OF KELLIE M. MURPHY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR SANCTIONS**

## PROOF OF SERVICE

**CASE NAME:** Faurie v. Berkeley Unified School District, et al.
**CASE NO.:**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On April 2, 2008, I served the following:

**DECLARATION OF KELLIE M. MURPHY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR SANCTIONS**

___ United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

___ By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

___ Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

___ Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

_X_ **ELECTRONIC SERVICE** - by causing such document to be served electronically pursuant to court rule to the individual listed below:

Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602

_X_ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 2, 2008, at Sacramento, California.

                                                                                  /s/ Mike Quinn
                                                                                  Mike Quinn

Sidebar: JOHNSON SCHACHTER & LEWIS, A PROFESSIONAL LAW CORPORATION, 2180 HARVARD STREET, SUITE 560, SACRAMENTO, CA 95815, TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247