1   KELLIE M. MURPHY (SBN 189500)
    JOHNSON SCHACHTER & LEWIS
2   A Professional Law Corporation
    California Plaza
3   2180 Harvard Street, Suite 560
    Sacramento, CA 95815
4   Telephone: (916) 921-5800
    Facsimile: (916) 921-0247
5
6   Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA
    UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

7

8                    IN THE UNITED STATES DISTRICT COURT

9              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          (San Francisco Division)

11  GENE FAURIE, JR.,                    )   Case No.  C 08-00060 THE
                                         )
12          Plaintiff                    )   **SUPPLEMENTAL OBJECTION TO**
                                         )   **PLAINTIFF'S REQUEST FOR**
13  v.                                   )   **AWARD OF COSTS AND**
                                         )   **ATTORNEY'S FEES [28 U.S.C. § 1927;**
14  The BERKELEY UNIFIED SCHOOL          )   **COURT'S INHERENT AUTHORITY]**
    DISTRICT; MICHELLE LAWRENCE,         )
15  individually and in her official capacity as )
    BUSD Superintendent; LISA UDELL,     )
16  individually and in her official capacity as )   **Judge:        The Honorable Thelton E.**
    BUSD Assistant Superintendent, Human )   **Henderson**
17  Resources; CRISTINA OBIETA, individually )
    and in her official capacity as BUSD Director, )
18  Classified Personnel; RICHARD DODSON, in )
    his official capacity as BUSD Director, Labor )
19  Relations; TINA BRIER, individually and in )
    her official capacity as BUSD Director,  )
20  Classified Personnel,                )
                                         )
21          Defendants.                  )
                                         )
22                                       )

23

24

25

26

27

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

---

**SUPPLEMENTAL OBJECTION TO PLAINTIFF'S REQUEST FOR AWARD OF COSTS AND
ATTORNEY'S FEES [28 U.S.C. § 1927; COURT'S INHERENT AUTHORITY]**

# I.    INTRODUCTION

For the Court's consideration, defense counsel for Defendants BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER respectfully submits this Supplemental Objection to Plaintiff's Request for Award of Costs and Attorney's Fees to outline additional legal authority showing Plaintiff's failure to comply with the Northern District's Local Rules with respect to filing a motion for sanctions.

Separate from any due process requirements, Local Rules exist to provide specific procedural requirements necessary for the efficient administration of the Courts. A failure to comply with Local Rules implicates different concerns than "notice and opportunity to be heard."

# II.    LEGAL ARGUMENT

Local Rule 7-8 specifically provides in relevant part that:

> Any motion for sanctions, *regardless of the sources of authority invoked*, must comply with the following:
>
> (a) The motion must be *separately filed* and the *date for hearing must be set in conformance with Civil L.R. 7-2*;
>
> (b) The form of the motion *must comply with Civil L.R. 7-2*; (Emphasis added.)

Local Rule 7-2 specifically provides in relevant part that:

> (a) **Time**. Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, *all motions must be filed, served and noticed in writing on the motion calendar* of the assigned Judge for hearing not less than *35 days* after service of the motion.
>
> (b) **Form**. In one filed document not exceeding 25 pages in length, a motion must contain:
>
> * * *
>
> (2) In the first paragraph, *notice of the motion including date and time of hearing*;
>
> (c) **Proposed Order**. Unless excused by the Judge who will hear the motion, each motion *must be accompanied by a proposed order*.
>
> (d) **Affidavits or Declarations**. *Each motion must be accompanied by affidavits or declarations* pursuant to Civil L.R. 7-5.

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

---

**SUPPLEMENTAL OBJECTION TO PLAINTIFF'S REQUEST FOR AWARD OF COSTS AND ATTORNEY'S FEES [28 U.S.C. § 1927; COURT'S INHERENT AUTHORITY]**

1

1    Finally, the Standing Order for the Honorable Thelton E. Henderson specifically provides

2    that "[c]ounsel shall consult and comply with all provisions of the Local Rules for the Northern

3    District of California" and that "[t]he Court will not accept any pleadings that are untimely or

4    presented in an improper manner or form." (¶1) While this Court's Standing Order directs that

5    "[c]ounsel shall notice their motions for a Monday morning at 10:00 AM and need not reserve a

6    specific motion hearing date," the Standing Order does not expressly exempt a moving party

7    from providing separate filing with 35 days notice as provided in Local Rules 7-2 and 7-8. (¶2)

8    Plaintiff's "Request for Award of Costs and Attorney's Fees" was not separately filed

9    with 35 days notice in accordance with either the Local Rules or this Court's Standing Order.

10   Plaintiff simply added his "Request" to a response to Defendants' Objections concerning

11   Defendants' Motion to Dismiss.

12   Though counsel recognizes that Local Rule 7-2 allows for relief from the requirements of

13   the rule ("Except as otherwise ordered or permitted by the assigned judge . . . " (L.R. 7-2(a)),

14   Plaintiff failed to request such relief. Plaintiff also failed to file any affidavits or declarations in

15   support of his request for sanctions.

16   In filing his request for sanctions, Plaintiff failed to comply with Local Rules and this

17   Court's Standing Order requiring compliance with those Rules.

### III.  CONCLUSION

19   Defense counsel respectfully submits that Plaintiff's failure to comply with Local Rules

20   and this Court's Standing Order is an additional basis for denial of Plaintiff's Request for Award

21   of Costs and Attorney's Fees.

Date:  April 8, 2008          JOHNSON SCHACHTER & LEWIS
                              A Professional Law Corporation


                              /S/ Kellie M Murphy
                              KELLIE M. MURPHY
                              Attorneys for Defendants BERKELEY UNIFIED
                              SCHOOL DISTRICT, MICHELE LAWRENCE,
                              LISA UDELL, CRISTINA OBIETA, RICHARD
                              DODSON, and TINA BRIER

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

---

**SUPPLEMENTAL OBJECTION TO PLAINTIFF'S REQUEST FOR AWARD OF COSTS AND
ATTORNEY'S FEES [28 U.S.C. § 1927; COURT'S INHERENT AUTHORITY]**

2

# PROOF OF SERVICE

**CASE NAME:**        **Faurie v. Berkeley Unified School District, et al.**
**CASE NO.:**

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On April 8, 2008, I served the following:

**SUPPLEMENTAL OBJECTION TO PLAINTIFF'S REQUEST FOR AWARD OF COSTS AND ATTORNEY'S FEES [28 U.S.C. § 1927; COURT'S INHERENT AUTHORITY]**

___    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

___    By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

___    Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

___    Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

_X_    **ELECTRONIC SERVICE** - by causing such document to be served electronically pursuant to court rule to the individual listed below:

Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602

_X_    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 8, 2008, at Sacramento, California.

_____/s/ Mike Quinn_____
Mike Quinn

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247