LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, California 94602
510/866-3738  voice
510/535-9898  facsimile

April 9, 2008

The Honorable Thelton E. Henderson
United States District Court
Northern District of California
San Francisco Division
Courtroom 12
450 Golden Gate Avenue
San Francisco, CA  94102

Re: *FAURIE V. BERKELEY UNIFIED SCHOOL DISTRICT, ET AL.*
CASE NO. CV 08-00060 THE  -  Supplemental Costs and attorney's fees associated with Reply to Defendants' Second and Third Set of Objections to Plaintiff's Request for Costs and Fees

Dear Judge Henderson,

Plaintiff respectfully submits the following accounting of the attorney's fees and costs incurred in opposing Defendants' second and third set of Objections to Plaintiff's request for an award of attorney's fees and costs.

| Date and Task | Time |
|---|---|
| 4-5-08<br>Draft Reply | 1.0 |
| 4-8-08<br>Draft Reply | 2.0 |
| 4-9-08<br>Finalize Reply<br>Revise Reply | 1.0<br>.5 |
| Total: | 4.5 Hours |

**Total Supplemental Attorney Fees:  4.5 Hours @ $250/Hr. = $1,125.00**

**(Supplemental Costs appear on next page)**

## COSTS

4-10-08 (anticipated)
Preparation and Delivery of Chambers Copy
Reply and
Supplemental Fees and Costs Letter          $45.00
Photocopying:          $ .99

**Total supplemental costs:**          **$45.99**

Documentation of costs is available upon request. Please notify counsel for Plaintiff if any additional information is needed.

Respectfully submitted,

*/s/ Eric Borgerson*

ERIC BORGERSON
Law Office of Eric Borgerson
2625 School Street
Oakland, CA 94602
(510) 866-3738 (voice)
(510) 535-9898 (facsimile)
Attorney for Plaintiff Gene Faurie Jr.