KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| GENE FAURIE, JR.,<br><br>    Plaintiff<br><br>v.<br><br>The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel,<br><br>    Defendants. | Case No. C 08-00060 TEH<br><br>**REQUEST TO FILE AMENDED NOTICE OF REMOVAL IF THE COURT DEEMS NECESSARY**<br><br><br>Judge:    The Honorable Thelton E. Henderson |

    Plaintiff notes in his Reply supporting his Request for Sanctions that Defendants' have not yet filed an Amended Notice of Removal attaching the State Court moving papers and orders. After Plaintiff filed his Opposition to Defendants' Motion to Dismiss on February 18, 2008, in which he attached each of the State Court motion pleadings and orders, Defendants did not believe it was necessary to file an Amended Notice attaching the very same duplicate papers.

---

1

**REQUEST TO FILE AMENDED NOTICE OF REMOVAL IF THE COURT DEEMS NECESSARY**

Defendants did not wish to burden the Court with the same mountain of papers that had already been provided by Plaintiff.

As Plaintiff requests that this procedure be observed even though it is duplicative of what this Court has possessed in its file for almost two months, Defendants are willing to amend the Notice of Removal. However, Defendants' reading of applicable case law suggests that after the initial 30-day period of time when a case is subject to removal, leave of court must be sought to file an Amended Notice of Removal. See *Schwarzer et al.*, Cal. Practice Guide: Federal Civil Procedure Before Trial (The Rutter Group 2008) ¶¶2:1005-2:1007.1, pp. 2D-192-193. Defendants have no wish to follow improper procedure or burden the Court file unnecessarily and therefore seek direction from the Court on this issue.

If this Court deems it necessary for Defendants to file an Amended Notice of Removal to attach the State Court moving papers and orders, which are currently already on file with this Court, Defendants respectfully requests leave to amend their Notice of Removal to do so.

Date: April 10, 2008

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

/s/ _____
KELLIE M. MURPHY
Attorneys for Defendants BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER

2
**REQUEST TO FILE AMENDED NOTICE OF REMOVAL IF THE COURT DEEMS NECESSARY**