# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Faurie,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Berkeley Unified School District,<br><br>　　　　　Defendant(s). | 08-00060 TEH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-00060 TEH                           -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: April 16, 2008

           RICHARD W. WIEKING  
           Clerk  
           by:   Timothy J. Smagacz

           */s/ Timothy Smagacz*  
           _____  
           ADR Administrative Assistant  
           415-522-4205  
           Tim_Smagacz@cand.uscourts.gov

United States District Court  
Northern District of California

**Notice Re: Noncompliance With Court Order**  
08-00060 TEH                          -2-

PROOF OF SERVICE

Case Name:	Faurie v. Berkeley Unified School District

Case Number:	08-00060 TEH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Eric Michael Borgerson
> Law Office of Eric Borgerson
> 2625 School Street
> Oakland, CA 94602
> Emborgerson@yahoo.com
>
> Kellie Marie Murphy
> Johnson Schachter & Lewis
> California Plaza
> 2180 Harvard Street, Suite 560
> A Professional Law Corporation
> Sacramento, CA 95815
> mike@jsl-law.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2008 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:   Timothy J. Smagacz
>
>*/s/ Timothy Smagacz*
>_____
>ADR Administrative Assistant
>415-522-4205
>Tim_Smagacz@cand.uscourts.gov