1  KELLIE M. MURPHY (SBN 189500)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   California Plaza
3  2180 Harvard Street, Suite 560
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5
6  Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA
   UDELL, CRISTINA OBIETA, RICHARD DODSON, and TINA BRIER
7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (San Francisco Division)

11  GENE FAURIE, JR.,                    )   Case No.  C 08-00060 TEH
                                         )
12          Plaintiff                    )   **CERTIFICATION OF INTERESTED
                                         )   ENTITIES OR PERSONS**
13  v.                                   )   _____
                                         )
14  The BERKELEY UNIFIED SCHOOL          )
    DISTRICT; MICHELLE LAWRENCE,         )
15  individually and in her official capacity as )
    BUSD Superintendent; LISA UDELL,     )
16  individually and in her official capacity as )
    BUSD Assistant Superintendent, Human )
17  Resources; CRISTINA OBIETA, individually )
    and in her official capacity as BUSD Director, )
18  Classified Personnel; RICHARD DODSON, in )
    his official capacity as BUSD Director, Labor )
19  Relations; TINA BRIER, individually and in )   **Judge:        The Honorable Thelton E.
    her official capacity as BUSD Director, )               Henderson**
20  Classified Personnel,                )
                                         )
21          Defendants.                  )
    _____ )
22

23

24

25

26

27

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1    The individual defendants Michele Lawrence, Lisa Udell, Cristina Obieta, Richard

2  Dodson, and Tina Brier hereby submit this Certification of Interested Entities or Persons.

3  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

4  parties, there is no such interest to report.

5

6  Date: April 17, 2008                    JOHNSON SCHACHTER & LEWIS
                                           A Professional Law Corporation
7

8                                          /s/ Kellie M.Murphy
                                           KELLIE M. MURPHY
9                                          Attorneys for Defendants BERKELEY UNIFIED
                                           SCHOOL DISTRICT, MICHELE LAWRENCE,
10                                         LISA UDELL, CRISTINA OBIETA, RICHARD
                                           DODSON, and TINA BRIER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1

**PROOF OF SERVICE**

2

3

**CASE NAME:**      **Faurie v. Berkeley Unified School District, et al.**
**CASE NO.:**         **U.S. District Court (Northern) Case No.  C 08-00060 TEH**

4

          I am employed in the County of Sacramento.  I am over the age of eighteen years and not
5   a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite
    560, Sacramento, CA 95815.

6

          I am familiar with this office's practice whereby the mail is sealed, given the appropriate
7   postage and placed in a designated mail collection area.  Each day's mail is collected and
    deposited in a United States mailbox after the close of each day's business.

8

          On April 17, 2008, I served the following:

9

          **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

10

11   __      **UNITED STATES MAIL** - on all parties in said action by placing a true copy of the
              above-described document(s) enclosed in a sealed envelope in the designated area for
              outgoing mail addressed as set forth below.

12

13   __      By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number
              a true copy of the above-described document(s).

14   _X_    **ELECTRONIC SERVICE** - by causing such document to be served electronically
              pursuant to court rule to the individual listed below:

15

16   Eric Borgerson, Esq.
     LAW OFFICE OF ERIC BORGERSON
     2625 School Street
17   Oakland, CA 94602

18

19   _X_    **FEDERAL**: I declare that I am employed in the office of a member of the bar of this
              Court at whose direction service was made.

20

          I declare under penalty of perjury that the foregoing is true and correct and that this
21   declaration was executed on April 17, 2008, at Sacramento, California.

22                                                          /s/ Mike Quinn
                                                            Mike Quinn

23

24

25

26

27

28

JOHNSON **S**CHACHTER & **L**EWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247