ERIC BORGERSON (CA State Bar No. 177943)
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA  94602
Telephone:      (510) 866-3738
Facsimile:      (510) 535-9898

Attorney for Plaintiff
GENE FAURIE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| GENE FAURIE, JR.,<br><br>            Plaintiff,<br><br>    vs.<br><br>The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel,<br><br>            Defendants. | CASE NO.  CV 08-00060 TEH<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br><br>Judge: The Honorable Thelton E. Henderson |

///

///

///

///

1        Plaintiff Gene Faurie, Jr., by and through his counsel, respectfully submits this

2   certification of interested entities or persons.  Pursuant to Civil L.R. 3-16, the undersigned

3   certifies that as of this date, other than the named parties, there is no such interest to report.

4

5   Dated this 17th day of April, 2008          By:   /s/ ERIC BORGERSON

6                                        Eric Borgerson, SBN 177943

                                        Law Office Of Eric Borgerson

7                                        2625 School Street

                                        Oakland, CA 94602

- 2 -