UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENE FAURIE, JR

CASE NO. 08-00060 TEH

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

The BERKELEY UNIFIED SCHOOL DISTRICT, et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 21, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Eric Borgerson | Plaintiff | (510) 866-3738 | emborgerson@yahoo.com |
| Kellie Murphy | Defendants | (916) 921-5800 | kellie@jsl-law.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 04/17/2008

/s/ Eric Borgerson
Attorney for Plaintiff

Dated: 04/17/2008

/s/ Kellie M. Murphy
Attorney for Defendant

Rev 12.05