UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENE FAURIE, JR.,

        Plaintiff(s),

v.

The BERKELEY UNIFIED SCHOOL
DISTRICT, ET.AL.
        Defendant(s).

Case No. 08-00060 TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/17/2008

Dated: 4/18/08

*Cristina Obieta*
[Party] CRISTINA OBIETA

*Kellie Murphy*
[Counsel] KELLIE MURPHY

Rev. 12/05