UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENE FAURIE, JR.,

            Plaintiff(s),

v.

The BERKELEY UNIFIED SCHOOL DISTRICT, ET.AL.

            Defendant(s).

Case No. 08-00060 TEH

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/17/08

[Party] RICHARD DODSON

Dated: 4/18/08

[Counsel] KELLIE MURPHY

Rev. 12/05