UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: April 21, 2008

**Case No:** C 08-00060 TEH

**Case Title**: GENE FAURIE, JR. v. THE BERKELEY UNIFIED SCHOOL DISTRICT

**Appearances:** The Court: by telephonic appearance

    For Plaintiff(s): Eric Borgerson appeared telephonically.

    For Defendant(s): Kellie Murphy present

**Deputy Clerk**: Frank Justiliano        **Court Reporter**: None

## PROCEEDINGS

1. Initial Case Management Conference - Held
    Amended Complaint due by 5-5-08.  Trial date set for 6/2/09 @ 8:30 a.m.  Pretrial Conference set for 5/18/09 at 3:00 p.m.  Discovery Cutoff by 2/16/09.  Other dates and deadlines set pursuant to the Order For Pretrial Preparation circulated for signature of the parties.

2. Motion/Request for Sanctions - Held.

MOTION/MATTER: ( ) Granted
              ( ) Denied
              ( ) Granted in part/Denied in part
              ( X ) Taken under submission
              ( ) Withdrawn/Off Calendar
              () Continued to:

Order to be prepared by:    ( ) Plaintiff    ( ) Defendant    ( X ) Court