| | |
|---|---|
| KELLIE M. MURPHY (SBN 189500)<br>JOHNSON SCHACHTER & LEWIS<br>A Professional Law Corporation<br>California Plaza<br>2180 Harvard Street, Suite 560<br>Sacramento, CA 95815<br>Telephone: (916) 921-5800<br>Facsimile: (916) 921-0247 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, RICHARD DODSON, and TINA BRIER

CAROLEE G. KILDUFF, ESQ., SB No. 107232
CORI R. SARNO, ESQ., SB No. 230559
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant, CRISTINA OBIETA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENE FAURIE, JR.,<br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: CV 08-00060 TEH<br><br>**ASSOCIATION OF COUNSEL**<br><br><br><br>**Judge: The Honorable Thelton E. Henderson** |

-1-
ASSOCIATION OF COUNSEL

**PLEASE TAKE NOTICE** that KELLIE M. MURPHY, Esq., of Johnson, Schachter & Lewis, attorneys for Defendants in the above-entitled action, hereby associate CAROLEE G. KILDUFF, Esq. and CORI R. SARNO, Esq. and the Law Offices of Angelo, Kilday & Kilduff, 601 University Avenue, Suite 150, Sacramento, California 95825, telephone (916) 564-6100, fax (916) 564-6263 as attorneys for Defendant CRISTINA OBIETA.

May 16, 2008                                JOHNSON, SCHACHTER & LEWIS

By:___/s/_____
KELLIE M. MURPHY
Attorney for Defendants

I:\CGK\FAURIE\PLEADINGS.AssnofCounsel

# PROOF OF SERVICE

**CASE NAME:** Faurie v. Berkeley Unified School District, et al.
**CASE NO.:** U.S. District Court (Northern) Case No. C 08-00060 EDL

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On May 16, 2008, I served the following:

**ASSOCIATION OF COUNSEL**

__X__  **UNITED STATES MAIL** - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__ __  By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

__X__  **ELECTRONIC SERVICE** - by causing such document to be served electronically pursuant to court rule to the individual listed below:

Eric Borgerson, Esq.
LAW OFFICE OF ERIC BORGERSON
2625 School Street
Oakland, CA 94602
**(SERVED VIA ELECTRONIC SERVICE)**

Carolee G. Kilduff, Esq.
Cori R. Sarno, Esq.
ANGELO, KILDAY, & KILDUFF
601 University Avenue, Suite 150
Sacramento, CA 95825
(916) 564-6100 (Phone)
(916) 564-6263 (Fax)
**(SERVED VIA U.S. MAIL)**

__X__  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2008, at Sacramento, California.

Mike Quinn