| | |
|---|---|
| CAROLEE G. KILDUFF, ESQ., SB No. 107232<br>CORI R. SARNO, ESQ., SB No. 230559<br>**ANGELO, KILDAY & KILDUFF**<br>Attorneys at Law<br>601 University Avenue, Suite 150<br>Sacramento, CA 95825<br>Telephone: (916) 564-6100<br>Telecopier: (916) 564-6263<br><br>Attorneys for Defendant,<br>CRISTINA OBIETA | (SPACE BELOW FOR FILING STAMP ONLY) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE FAURIE, JR.,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel,<br>　　　　　　Defendants. | Case No.: CV 08-00060 TEH<br><br>**SUBSTITUTION OF ATTORNEY AS TO DEFENDANT CRISTINA OBIETA**<br><br><br><br><br><br><br><br><br><br><br><br>**The Honorable Thelton E. Henderson** |

///

-1-
ASSOCIATION OF COUNSEL AS TO DEFENDANT CRISTINA OBIETA

1     KELLIE M. MURPHY, Esq., of Johnson, Schachter & Lewis, A Professional Law Corporation, 2180 Harvard Street, Suite 560, Sacramento, CA 95815, (916) 921-5800, agrees to be substituted out of the above-entitled case as former attorney for Defendant CRISTINA OBIETA, only.

Date: 6/24/08

JOHNSON, SCHACHTER & LEWIS

By: *[signature]*
KELLIE M. MURPHY, ESQ.

    CAROLEE G. KILDUFF, Esq. and CORI R. SARNO, Esq., of Angelo, Kilday & Kilduff, 601 University Avenue, Suite 150, Sacramento, California 95825, (916) 564-6100, agree to substitute into the above-entitled case as attorneys for Defendant CRISTINA OBIETA, only.

Dated: 6/23/08

ANGELO, KILDAY & KILDUFF

By: *[signature]*
CAROLEE G. KILDUFF, ESQ.

By: *[signature]*
CORI R. SARNO, ESQ.

    I, Defendant CRISTINA OBIETA, consent to the foregoing substitution of attorney.

Date: June 5, 2008

By: *[signature]*
CRISTINA OBIETA, Defendant

**IT IS SO ORDERED.**

Date: _____

_____
THE HONORABLE THELTON E. HENDERSON