| | |
|---|---|
| 1 | ERIC BORGERSON (CA State Bar No. 177943) |
|   | LAW OFFICE OF ERIC BORGERSON |
| 2 | 2625 School Street |
|   | Oakland, CA  94602 |
| 3 | Telephone:    (510) 866-3738 |
|   | Facsimile:     (510) 535-9898 |
| 4 | |
|   | Attorney for Plaintiff |
| 5 | GENE FAURIE, JR. |

IN THE UNITED STATED DISTRICT COURT

FOR THE NORTHERN DISTIRCT OF CALIFORNIA

| GENE FAURIE, JR., | CASE NO.  CV 08-00060 TEH |
|---|---|
| Plaintiff, | |
| vs. | |
| The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel, | **PLAINTIFF'S COUNSEL'S NOTICE OF MOTION AND MOTION TO WITHDRAW AND REQUEST FOR EMERGENCY, EXPEDITED APPROVAL OF *PRO HAC VICE* APPLICATION OF SUBSTITUTE COUNSEL**<br><br>Courtroom: 12<br><br>Judge: The Honorable Thelton E. Henderson |
| Defendants. | |

**NOTICE**

TO DEFENDANTS BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELLE, CRISTINA OBIETA, RICHARD DODSON, AND TINA BRIER, and their attorneys of record, NOTICE IS HEREBY GIVEN that ERIC BORGERSON, counsel for PLAINTIFF GENE FAURIE, JR., will and hereby does move the above-entitled

1  Court for and Order granting him permission to withdraw as counsel for the Plaintiff. The
2  grounds for this Motion are that, as of June 24, 2008, due to proceedings in another case to which
3  counsel for the Plaintiff is a party, counsel for Plaintiff will become disqualified to practice law in
4  this Court.

**MOTION**

6  Pursuant to N.D. Local Rule 11-5, Eric Borgerson, counsel for Plaintiff Gene Faurie, Jr.,
7  hereby respectfully moves the Court for an Order granting him permission to withdraw from this
8  case immediately. The Plaintiff has consented to Mr. Borgerson's withdrawal from this case.

9  Attached to this Motion is an Application for Admission of Attorney *Pro Hac Vice*,
10  completed by Bradley Wolf, Esq., who wishes to substitute in as counsel for the Plaintiff on an
11  interim basis.

12  Proceedings in another court scheduled for June 25, 2008, will render current counsel for
13  Plaintiff disqualified to practice law in this Court. Consequently, time is of the essence. Counsel
14  for Plaintiff therefore respectfully requests that the Court immediately approve Mr. Wolf's *pro*
15  *hac vice* application so that he may serve Notice of Substitution of Counsel and register with this
16  Court's Electronic Case Filing System and represent Plaintiff until permanent counsel is retained.

17  Due to the sequence of developments in the other matter, this is the earliest practicable
18  notice Plaintiff's counsel could provide.

19  Respectfully submitted,

20  Dated this 24th day of June, 2008

By:  /s/ Eric Borgerson
    Eric Borgerson, SBN 177943
    Law Office Of Eric Borgerson
    2625 School Street
    Oakland, CA 94602

- 2 -

NOTICE OF MOTION AND MOTION TO WITHDRAW
CASE NO. RG 07334590

Clerk's Use Only

Initial for fee pd.:

_____

BRADLEY E. WOLF, SBN 151060
LAW OFFICE OF BRADLEY E. WOLF
1134 North Garfield Avenue
Pasadena, California 91104
Telephone: 323-449-5896

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE FAURIE, JR.,

   Plaintiff(s),

v.

THE BERKELEY UNIFIED SCHOOL DISTRICT, ET. AL.

   Defendant(s).

CASE NO. CV 08-00060

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Bradley E. Wolf, an active member in good standing of the bar of the State of California, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2008                          *Bradley Wolf* (signature)

UNITED STATES DISTRICT COURT

Northern District of California

GENE FAURIE, JR.,

CASE NO. CV 08-00060

Plaintiff(s),
v.

THE BERKELEY UNIFIED SCHOOL DISTRICT, ET. AL.

Defendant(s).

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Bradeley E. Wolf                          , an active member in good standing of the bar of

the State of California                   whose business address and telephone number

(particular court to which applicant is admitted)

is

Law Office of Bradley E. Wolf, 1134 North Garfield Avenue, Pasadena, California 91104 (323) 449-5896

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June ___, 2008

_____
United States District       Judge

| | |
|---|---|
| Clerk's Use Only | |
| Initial for fee pd.: | |

BRADLEY E. WOLF, SBN 151060
LAW OFFICE OF BRADLEY E. WOLF
1134 North Garfield Avenue
Pasadena, California 91104
Telephone: 323-449-5896

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GENE FAURIE, JR.,

         Plaintiff(s),

v.

THE BERKELEY UNIFIED SCHOOL DISTRICT, ET. AL.

         Defendant(s).

CASE NO. CV 08-00060

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Bradley E. Wolf, an active member in good standing of the bar of the State of California, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2008                                  /s/ Bradley Wolf

UNITED STATES DISTRICT COURT

Northern District of California

GENE FAURIE, JR.,

                    Plaintiff(s),
    v.

THE BERKELEY UNIFIED SCHOOL DISTRICT, ET. AL.

                    Defendant(s).

CASE NO. CV 08-00060

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Bradeley E. Wolf, an active member in good standing of the bar of the State of California whose business address and telephone number (particular court to which applicant is admitted) is

Law Office of Bradley E. Wolf, 1134 North Garfield Avenue, Pasadena, California 91104 (323) 449-5896

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June __, 2008

_____
United States District      Judge