1  ERIC BORGERSON (CA State Bar No. 177943)
   LAW OFFICE OF ERIC BORGERSON
2  2625 School Street
   Oakland, CA  94602
3  Telephone:     (510) 866-3738
   Facsimile:      (510) 535-9898
4
   Attorney for Plaintiff
5  GENE FAURIE, JR.

6

7

8 IN THE UNITED STATED DISTRICT COURT

9 FOR THE NORTHERN DISTIRCT OF CALIFORNIA

10

| 11 | GENE FAURIE, JR., | CASE NO.  CV 08-00060 TEH |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | |
| 14 | The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL PERMISSION TO WITHDRAW**<br><br>Courtroom: 12<br><br>Judge: The Honorable Thelton E. Henderson |
| | Defendants. | |

24  This matter came before the Court on the plaintiff's counsel's Motion To Withdraw And

25  Request For Emergency, Expedited Approval Of *Pro Hac Vice* Application Of Substitute

26  Counsel.

27  The Court, finding GOOD CAUSE to allow Plaintiff's counsel, Eric Borgerson, to

28

ORDER GRANTING PERMISSION TO WITHDRAW- CASE NO. CV 08-00060 TEH

1 | withdraw, hereby ORDERS that the Plaintiff's counsel's Motion to Withdraw is GRANTED.

2 | Dated this _____ day of June, 2008     By: _____
3 |                                              THELTON E. HENDERSON
                                                 United States District Court Judge

- 2 -

ORDER GRANTING PERMISSION TO WITHDRAW CASE NO. RG 07334590