| | |
|---|---|
| 1  CAROLEE G. KILDUFF, ESQ., SB No. 107232 | (SPACE BELOW FOR FILING STAMP ONLY) |
| 2  CORI R. SARNO, ESQ., SB No. 230559 | |

**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant,
CRISTINA OBIETA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE FAURIE, JR., ) | Case No.: CV 08-00060 TEH |
|         Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| The BERKELEY UNIFIED SCHOOL ) | **SUBSTITUTION OF ATTORNEY AS TO** |
| DISTRICT; MICHELLE LAWRENCE, ) | **DEFENDANT CRISTINA OBIETA** |
| individually and in her official capacity as ) | |
| BUSD Superintendent; LISA UDELL, ) | |
| individually and in her official capacity as ) | |
| BUSD Assistant Superintendent, Human ) | |
| Resources; CRISTINA OBIETA, individually ) | |
| and in her official capacity as BUSD Director, ) | |
| Classified Personnel; RICHARD DODSON, in ) | |
| his official capacity as BUSD Director, Labor ) | |
| Relations; TINA BRIER, individually and in ) | |
| her official capacity as BUSD Director, ) | |
| Classified Personnel, ) | |
| ) | |
|         Defendants. ) | |
| _____) | **The Honorable Thelton E. Henderson** |

///

-1-
ASSOCIATION OF COUNSEL AS TO DEFENDANT CRISTINA OBIETA

1  KELLIE M. MURPHY, Esq., of Johnson, Schachter & Lewis, A Professional Law
2  Corporation, 2180 Harvard Street, Suite 560, Sacramento, CA 95815, (916) 921-5800, agrees to
3  be substituted out of the above-entitled case as former attorney for Defendant CRISTINA
4  OBIETA, only.

Date: 6/24/08

JOHNSON, SCHACHTER & LEWIS

By: _____
KELLIE M. MURPHY, ESQ.

CAROLEE G. KILDUFF, Esq. and CORI R. SARNO, Esq., of Angelo, Kilday & Kilduff, 601 University Avenue, Suite 150, Sacramento, California 95825, (916) 564-6100, agree to substitute into the above-entitled case as attorneys for Defendant CRISTINA OBIETA, only.

Dated: 6/23/08

ANGELO, KILDAY & KILDUFF

By: _____
CAROLEE G. KILDUFF, ESQ.

By: _____
CORI R. SARNO, ESQ.

I, Defendant CRISTINA OBIETA, consent to the foregoing substitution of attorney.

Date: June 5, 2008

By: _____
CRISTINA OBIETA, Defendant

**IT IS SO ORDERED.**

Date: 06/24/08

_____
THE HONORABLE THELTON E. HENDERSON

Judge Thelton E. Henderson

-2-
ASSOCIATION OF COUNSEL AS TO DEFENDANT CRISTINA OBIETA