United States District Court
For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8
9    GENE FAURIE, et al.,
10                    Plaintiff,           NO. C 08-0060 TEH
11        v.                               ORDER GRANTING
                                           MOTION TO WITHDRAW
12   BERKELEY UNIFIED SCHOOL               AND CONDITIONALLY
     DISTRICT, et al.,                     APPROVING
13                                         SUBSTITUTION OF
                     Defendants.           COUNSEL
14
15
16        The Court is in receipt of Plaintiff's counsel's Motion to Withdraw, to which Plaintiff
17   has consented, and the Request for Expedited Approval of *Pro Hac Vice* Application of
18   Substitute Counsel, Bradley E. Wolf.
19        The Motion to Withdraw is GRANTED.  However, the Court cannot grant approval of
20   Mr. Wolf's Application for Admission *Pro Hac Vice*.  Under Local Rule 11-3(b), residents of
21   and members of the bar of California are not eligible for admission *pro hac vice;* and Mr.
22   Wolf's application for admission reveals that he is an active member of the bar in California
23   and practices in Pasadena, California.
24        The Court therefore conditionally APPROVES the substitution of Mr. Wolf for Mr.
25   Borgerson.  Mr. Wolf shall apply for admission to practice before this Court under Local
26   Rule 11-1(c).  **The Clerk of the Court is hereby ORDERED to expedite Mr. Wolf's**
27   **application for admission to this Court, processing it immediately.**  Mr. Wolf shall have
28   fourteen days from the date of this Order to submit evidence that he has been admitted to

1   practice in the Northern District of California.    Once that evidence is submitted, he will be

2   substituted as counsel for Mr. Borgerson.   If he is unable to submit such evidence within

3   fourteen days, he should contact the Court's courtroom deputy at (415) 522-2047 to schedule

4   an expedited status conference.

5       All other proceedings in this action are STAYED until Mr. Wolf submits evidence

6   that he has been admitted and is substituted as counsel, or the Court holds the status

7   conference described above.

8

9

10   **IT IS SO ORDERED.**

11

12   Dated: 6/24/08

                                            THELTON E. HENDERSON, JUDGE

13                                            UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GENE FAURIE, JR.,

              Plaintiff,

   v.

THE BERKELEY UNIFIED SCHOOL
DISTRICT et al,

              Defendant.
_____/

Case Number: CV08-00060 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Bradley E. Wolf**
Law Office of Bradley E. Wolf
1134 North Garfield Avenue
Pasadena, CA 91104

**Eric Michael Borgerson**
Law Office of Eric Borgerson
2625 School Street
Oakland, CA 94602

Dated: June 25, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk