LAW OFFICE OF BRADLEY E. WOLF
1134 NORTH GARFIELD AVENUE
PASADENA, CA 91104
(323) 449-5896

<u>Via E-Filing</u>

July 22, 2008

The Honorable Thelton E. Henderson
United States District Court,
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      RE:  No. C 08-0060 TEH
           Gene Faurie v. Berkeley Unified School District et al

Dear Judge Henderson:

I would like to update the Court and the parties to the above-referenced case as to my admission to practice before this Court under Local Rule 11-1(c).

Pursuant to the Order Granting Motion To Withdraw And Conditionally Approving Substitution of Counsel dated June 24, 2008 (the "Order"), I petitioned the Court and was admitted to practice in the United States District Court, Northern District of California on July 8, 2008, which was within the fourteen day period specified by the Order.

The Court posted my admission on its website of newly admitted attorneys as of July 8, 2008. Unfortunately, I was mistaken in my belief that such posting would constitute the evidence of my admission required by the Order.  I did not realize that the Court required other written evidence of my admission until I was contacted by your Honor's Clerk late last week.  I apologize for my mistake and for any inconvenience I have caused this Court and the parties to this case.

On Thursday, July 17, 2008 after speaking to your Honor's Clerk about this matter, I submitted a request to the Attorney Admissions Office of the Northern District of California for a Good Standing Certificate. The Clerk for Attorney Admissions informed me that they could not expedite delivery of such a Certificate and it would be forwarded to my office generally within five business days. I am currently out of town until Wednesday afternoon. I would anticipate receiving the Good Standing Certificate by the end of this week, at which time I will immediately submit a copy thereof to the Court. I also left a telephone message today for the Clerk for Attorney Admissions to inquire whether a Good Standing Certificate could be sent directly to your Chambers. I have not yet heard a response to my message. In any event, I believe the Court should have the written evidence of my admission by the end of this week. Again, I apologize for this delay.


Respecfully submitted,


Bradley E. Wolf
SBN 151060