ROBERT H. JOHNSON (SBN 048067)
KELLIE M. MURPHY (SBN 189500)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for BERKELEY UNIFIED SCHOOL DISTRICT, MICHELE LAWRENCE, LISA UDELL, RICHARD DODSON, and TINA BRIER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| GENE FAURIE, JR.,<br><br>    Plaintiff<br><br>v.<br><br>The BERKELEY UNIFIED SCHOOL DISTRICT; MICHELLE LAWRENCE, individually and in her official capacity as BUSD Superintendent; LISA UDELL, individually and in her official capacity as BUSD Assistant Superintendent, Human Resources; CRISTINA OBIETA, individually and in her official capacity as BUSD Director, Classified Personnel; RICHARD DODSON, in his official capacity as BUSD Director, Labor Relations; TINA BRIER, individually and in her official capacity as BUSD Director, Classified Personnel,<br><br>    Defendants. | Case No.  C 08-00060 TEH<br><br>**NOTICE OF SETTLEMENT**<br><br>**STIPULATION OF DISMISSAL AND ORDER [FRCP 41(a)(1)]**<br><br>Judge:    The Honorable Thelton E. Henderson |

1

NOTICE OF SETTLEMENT; STIPULATION OF DISMISSAL AND ORDER [FRCP 41(a)(1)]

PLEASE TAKE NOTICE that the above-captioned matter has settled.

FURTHER, IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1).

Date: January 30, 2009            LAW OFFICES OF BRADLEY E. WOLF

                                  /S/
                                  BRADLEY E. WOLF
                                  Attorneys for Plaintiff

Date: January 30, 2009            JOHNSON SCHACHTER & LEWIS
                                  A Professional Law Corporation

                                  /S/
                                  KELLIE M. MURPHY
                                  Attorneys for Defendants BERKELEY UNIFIED
                                  SCHOOL DISTRICT, MICHELE LAWRENCE,
                                  LISA UDELL, RICHARD DODSON, and TINA
                                  BRIER

Date: January 30, 2009            ANGELO, KILDAY & KILDUFF

                                  /S/
                                  CAROLEE KILDUFF
                                  CORI SARNO
                                  Attorneys for Defendant CRISTINA OBIETA

IT IS SO ORDERED.

Date: 02/02/09

The Honorable Thelton E. Henderson

*Judge Thelton E. Henderson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA